IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DEANGELO LAMAR WEIR, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:10-0277 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| LT. JOHN CLAIRBORNE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 38) that the Defendant's motion to dismiss (Docket Entry No. 24) be granted to which Plaintiff has not filed any objections.

After de novo review, the Court **ADOPTS** the Report and Recommendation and the Defendant's motion to dismiss is **GRANTED**. This action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 20th day of October, 2010.

WILLIAM J. HAYNES, JR.
United States in Judge